IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MEGED YISRA'EL, :

    Petitioner, : Case No. 3:04-CR-095
                              3:11-CV-034
    vs. :
                              JUDGE WALTER HERBERT RICE
UNITED STATES OF AMERICA, :

     :
    Respondent
     :

---

DECISION AND ENTRY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #215); OVERRULING PETITIONER'S OBJECTIONS THERETO (DOC. #216); OVERRULING PETITIONER'S MOTION FOR RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(B)(6) (DOC. #214); DENYING CERTIFICATE OF APPEALABILITY AND LEAVE TO APPEAL *IN FORMA PAUPERIS*

---

Based on the reasoning and citations of authority set forth in the Report and Recommendations of the United States Magistrate Judge, filed March 23, 2012 (Doc. #215), as well as upon a thorough *de novo* review of this Court's file and the applicable law, said judicial filing is adopted in its entirety. Petitioner's objections (Doc. #216) to said judicial filing are overruled. As recommended by the United States Magistrate Judge, Petitioner's Motion for Relief Under Federal Rule of Civil Procedure 60(b)(6) (Doc. #214) is also overruled.

Given that Petitioner has not made a substantial showing of the denial of a constitutional right and, further, that the Court's decision herein would not be

debatable among reasonable jurists, and because any appeal from this Court's decision would be objectively frivolous, Petitioner is again denied a certificate of appealability and denied leave to appeal *in forma pauperis.*

Date:  September 24, 2012

*(signature)*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record